# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Marquis Yachts, LLC,

      Plaintiff,

v.

Nuvolari-Lenard SRL, an Italian limited liability partnership,

      Defendant.

and

Beneteau America, Inc., a corporation,

      Defendant.

Court File No: 13-cv-00629-PJS-JJK

**SECOND STIPULATION TO EXTEND BENETEAU AMERICA, INC.'S TIME TO RESPOND**

    **WHEREAS**, Plaintiff is in the process of completing service of Defendant Nuvolari-Lenard SRL in Italy through the Hague Convention and Defendant Nuvolari-Lenard SRL has not yet appeared in this action; and

    **WHEREAS**, Plaintiff and Defendant Beneteau America, Inc. wish to further extend the deadline for Beneteau America, Inc. to respond to the Complaint, to promote efficiency and judicial economy, and because it is anticipated that Defendant Nuvolari-Lenard SRL will soon be appearing in this action;

    **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant Beneteau America, Inc., through their respective counsel, that the Court may

enter an Order further extending the time in which Defendant Beneteau America, Inc. has to respond to the above-captioned Complaint up to and including June 14, 2013.

**MASLON EDELMAN BORMAN & BRAND, LLP**

Dated: May 28, 2013              By    /s/ Geoffrey Jarpe
Geoffrey P. Jarpe, Esq. (License #49761)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:  612-672-8200
Facsimile:   612.642.8360
geoffrey.jarpe@maslon.com

Attorneys for Plaintiff

**BASSFORD REMELE**
*A Professional Association*

Dated: May 28, 2013              By  /s/Christopher R. Morris
Christopher R. Morris (License #230613)
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota  55402-3707
Telephone:   (612) 333-3000
Facsimile:    (612) 333-8829
cmorris@bassford.com

Attorneys for Defendant Beneteau America, Inc.